[Criminal No. 539.   Filed January 16, 1923.]

[211 Pac. 594.]

STATE, Appellant, v. MERCER HEMPERLY, Respondent.

CRIMINAL LAW — STATE'S APPEAL DISMISSED IN ABSENCE OF ORDER MADE GROUND THEREFOR BY STATUTE.—An appeal by the state will be dismissed where the court's attention is not directed to any order in the record made a ground for appeal by Penal Code of 1913, section 1155, and the state has failed to prosecute its appeal.

APPEAL from a judgment of the Superior Court of the County of Coconino. E. Elmo Bollinger, Judge. Appeal dismissed.

Mr. W. J. Galbraith, Attorney General, and Mr. F. M. Gold, County Attorney, for the State.

PER CURIAM.—This case was appealed by the state. The record was filed April 29, 1922. Among the papers is a verdict of "not guilty." The prosecution has not directed the court's attention to any order of the lower court in the record, made by the

statute (section 1155, Pen. Code) ground for appeal by the state.

Indeed, the state has failed to prosecute its appeal, and for that reason the appeal is ordered dismissed.